IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41257
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FRANCISCO CARRACCIOLI-AGUILERA,
also known as Francisco Ortiz-Aguilera

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-98-CR-216-1
- - - - - - - - - -

August 25, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Francisco
Carraccioli-Aguilera has filed a brief as required by <u>Anders v.
California</u>, 386 U.S. 738 (1967).  Carraccioli has filed a
response.  Our independent review of the brief, the record, and
Carraccioli's response discloses no nonfrivolous issue.
Accordingly, counsel's motion to withdraw is GRANTED.  Counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.